AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Northern District of California

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Karl Waltenbaugh | ) | Case No. **CR 26-70682-MAG** |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

**FILED**

May 14 2026

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 13, 2026__ in the county of __Santa Cruz__ in the __Northern__ District of __California__ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g) | Felon in possession of a firearm and ammunition |

This criminal complaint is based on these facts:

See attached affidavit of DEA TFO Davis Barkocy

☑ Continued on the attached sheet.

Approved as to form _/s/ Benjamin F. Farkas
AUSA __Benjamin F. Farkas_____

/s/ Davis E. Barkocy
*Complainant's signature*

DEA TFO Davis E. Barkocy
*Printed name and title*

Sworn to before me by telephone.

Date: __05/13/2026__

*Susan van Keulen*
*Judge's signature*

City and state: __San Jose, CA__

Hon. Susan van Keulen, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF
## A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Davis Barkocy, a Task Force Officer of the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), being duly sworn, hereby declare as follows:

## OVERVIEW AND PURPOSE OF AFFIDAVIT

1.      I make this affidavit in support of an application under Rule 4 of the Federal Rules of Criminal Procedure for the issuance of a criminal complaint and an arrest warrant for Karl WALTENBAUGH, identified hereinafter as "WALTENBAUGH."  There is probable cause to believe that on or about May 13, 2026, WALTENBAUGH violated Title 18, United States Code, Section 922(g)(1) (the "SUBJECT OFFENSE"), which prohibits a felon from possessing firearms and ammunition.

## AFFIANT BACKGROUND

2.      I have been employed as a Peace Officer in the State of California since May 2022. I am currently employed by the Daly City Police Department, assigned to the Covert Surveillance Unit. Prior to my employment with the Daly City Police Department, I attended and completed a basic police academy sanctioned by the California Commission for Peace Officer Standards and Training ("POST"). Portions of the academy's curriculum included blocks of instruction concerning the investigation of narcotics and firearm related offenses.

3.      During my time as a police officer, I have worked alongside the Daly City Police Detectives, the San Mateo County Vehicle Theft Task Force ("VTTF"), the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), the San Mateo County Narcotic Task Force ("NTF") and the San Mateo County Gang Task Force ("GTF"). During my time at the Daly City

1

Police Department, I have been the primary investigator, as well as assisted in, multiple cases involving the illegal possession and sales of firearms.

4.      As a police officer, I have conducted and participated in numerous investigations regarding narcotics and firearms. Several of these investigations have led to the arrest and successful prosecution of the offender(s). Additionally, I have participated in numerous investigations that included surveillance and the writing of search warrants. I have investigated numerous firearm possession cases and firearm sales cases.  It should be noted that I have also seized numerous firearms during my time on patrol and investigated numerous subjects in regard to firearm sales.

5.      Additionally, I am familiar with the inner workings, nomenclature, and pieces necessary to build, manufacture, and assemble a firearm. Furthermore, I have taken an in-person 10-hour training course where I learned about personally made firearms ("PMFs").

6.      I am currently a Task Force Officer ("TFO") with the ATF and focus on the illegal possession and sale of firearms. I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2510(7).  I am empowered by law to conduct investigations, to execute search warrants, and to make arrests for offenses of federal law.

## SOURCES OF INFORMATION

7.      The facts in this Affidavit come from my personal observations, my training and experience, information from records, reports, and databases, and information obtained from other agents, officers, and witnesses. Where statements made by other individuals (including other Special Agents and law enforcement officers) are referenced in this Affidavit, such statements are described in sum and substance and in relevant part. Similarly, where information

2

contained in reports and other documents or records is referenced in this Affidavit, such information is also described in sum and substance and in relevant part.

8.      Because this Affidavit is submitted for the limited purpose of establishing probable cause for a Criminal Complaint and Arrest Warrant, I have not included every fact known to me about this case.  Rather, I have set forth only the facts that I believe are necessary to support probable cause for a Criminal Complaint and Arrest Warrant for the SUBJECT OFFENSE.  My understanding of the facts and circumstances of the case may evolve as the investigation continues.

**APPLICABLE LAW**

9.      Title 18, United States Code, Section 922(g)(1), provides: "It shall be unlawful for any person who has been convicted in any court of, a crime punishable by imprisonment for a term exceeding one year to ship or transport in interstate or foreign commerce, or possess in or affecting commerce, any firearm or ammunition; or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce."

10.      Title 18, United States Code, Section 921(a)(3), defines a "firearm" (for purposes of Section 922(g)) as "any weapon (including a starter gun) which will or is designed to or may readily be converted to expel a projectile by the action of an explosive; (B) the frame or receiver of any such weapon; (C) any firearm muffler or firearm silencer; or (d) any destructive device. Such term does not include an antique firearm."

11.      Title 18, United States Code, Section 921(a)(17)(A), defines "ammunition" as "ammunition or cartridge cases, primers, bullets, or propellent powder designed for use in any firearm."

3

12.     According to Ninth Circuit Model Criminal Jury Instruction 14.15, the elements of a violation of Title 18, United States Code, Section 922(g)(1), are as follows:

> First, the defendant knowingly possessed a firearm and ammunition;

> Second, the firearm and ammunition had been transported from one state to another or between a foreign nation and the United States;

> Third, at the time the defendant possessed the firearm and ammunition, the defendant had been convicted of a crime punishable by imprisonment for a term exceeding one year; and,

> Fourth, at the time the defendant possessed the firearm and ammunition, the defendant knew that he had been convicted of a crime punishable by imprisonment for a term exceeding one year.

## FACTS ESTABLISHING PROBABLE CAUSE

13.     On May 11, 2026, the United States Magistrate Judge Thomas S. Hixson signed a warrant to search the premises of 360 Carrol Avenue, Felton, California, 95018, in the Northern District of California. I know this address to be WALTENBAUGH's residence based on his registered vehicle being observed parked at the residence on multiple occasions by law enforcement, and two law enforcement database checks listing 360 Caroll Avenue, Felton, California, as WALTENBAUGH's residence.  360 Carrol Avenue in Felton, California, is a single-family residence.

### The Search of WALTENBAUGH's Residence

14.     On May 13, 2026, ATF and other law enforcement personnel conducted a search of the residence at 360 Carrol Avenue, pursuant to the obtained federal search warrant. Law enforcement encountered only WALTENBAUGH, his wife, and his children at the residence.

15.     During the search, law enforcement located and took custody of at least 38 PMFs,

4

one commercially made firearm receiver, and hundreds of rounds of live commercially made ammunition, as listed in more detail below:

    a.    38 PMFs (including both lower receivers and fully assembled firearms);

    b.    One SI-Defense Multi Caliber Rifle receiver bearing serial number 0001657;

    c.    At least 600 rounds of ammunition of multiple calibers from various manufacturers including but not limited to:

        i.    9mm Luger (Blazer);

        ii.    .45 Auto (X-Treme);

        iii.    9mm Luger (FC);

    d.    Three privately made silencers;

    e.    Two 3D printers, which can be used to manufacture components for PMFs; and,

    f.    One computer numerical control ("CNC") machine, a device that can carve or "mill out" shapes from blocks of metal or other material and can be used to manufacture components for PMFs.

16.    Most of the items listed above, including most of the ammunition, were found in a workshop area in the residence's kitchen.

17.    The following photograph, taken in ATF's office, shows some of the firearms, firearm components, and ammunition located in the search:



### The Interview of WALTENBAUGH

18.    Shortly after the search, WALTENBAUGH was interviewed by law enforcement. ATF Special Agent Bloom read WALTENBAUGH his Miranda rights verbatim as delineated in ATF Form 3200.4 – Advice of Rights and Waiver.  WALTENBAUGH acknowledged he understood his rights.

19.    During the interview, WALTENBAUGH admitted to possession of all the firearms located inside the residence and stated he possessed them for personal protection.

20.    WALTENBAUGH also stated that he personally manufactured most of the firearms found within the residence.

**WALTENBAUGH's Relevant Criminal History**

21.     Based upon my examination of WALTENBAUGH's criminal court records, WALTENBAUGH was convicted of illegal possession of a short-barreled rifle in violation of California Penal Code Section 33215 in San Mateo County Superior Court in 2021.  That crime is punishable by more than one year of imprisonment.

22.     I have reviewed a copy of a change-of-plea form filed in San Mateo County Superior Court Case Number 19-SF-007118-A on April 28, 2021, in which WALTENBAUGH pled nolo contendere to a single count of California Penal Code Section 33215 and acknowledged that his attorney explained to him that the charge was punishable by up to three years in prison.  A signature appears in the space labeled "Defendant's Signature," indicating that WALTENBAUGH was aware that he had pled to a crime punishable by more than a year in prison.

**The Interstate Nexus Determination**

23.     An ATF interstate nexus expert examined the 9mm Blazer, 9mm FC, and .45 Auto X-treme ammunition and determined that the ammunition traveled in interstate commerce.

24.     An ATF interstate nexus expert also examined the commercially manufactured SI-Defense firearm (rifle receiver) bearing serial number 0001657 and determined that the firearm also traveled in interstate commerce.

**<u>CONCLUSION</u>**

25.     Based on the information summarized above, there is probable cause to believe that on or about May 13, 2026, in the Northern District of California, Karl WALTENABAUGH

was a felon in possession of a firearm and ammunition in violation of Title 18, United States Code, Section 922(g)(1).

I declare under penalty of perjury that the above is true and correct to the best of my knowledge and belief.


___/s/_____
Davis Barkocy
Task Force Officer
Bureau of Alcohol, Tobacco, Explosive, and Firearms


Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d) this _13th__ day of May of 2026


_____
HONORABLE SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE

8