**PROPOSED ORDER/COVER SHEET**

TO:     **Honorable Susan van Keulen**          RE:    **WALTENBAUGH, Karl**
        **U.S. Magistrate Judge**

FROM:   **Silvio Lugo, Chief**                  Docket No.:    **5:26-mj-70682-MAG**
        **U.S. Pretrial Services Officer**

Date:   **5/21/26**

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Allyse Johnson                          415-436-7508

U.S. Pretrial Services Officer          **TELEPHONE NUMBER**

We are requesting direction from the Court.  Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____ .

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by: Magistrate Judge _____ Presiding  District Court Judge _____

☒ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

ADD the following conditions to the defendant's bond:

1. Defendant must not use alcohol to excess and must not use or possess any narcotic or other controlled substance without a legal prescription.
2. Defendant must submit to drug and/or alcohol testing as directed by Pretrial Services.
3. Defendant must participate in mental health treatment as directed by Pretrial Services if deemed necessary.
4. Defendant must not change residence or telephone number without prior approval of Pretrial Services.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____     __May 21, 2026_____
**JUDICIAL OFFICER**                 **DATE**