**PROPOSED ORDER/COVER SHEET**

**TO:** **Honorable Susan van Keulen**
**U.S. Magistrate Judge**

**RE:** **WALTENBAUGH, Karl**

**FROM:** **Yaneyla Arevalo Arellano**
**U.S. Pretrial Services Officer**

**Docket No.:** **5:26-mj-70682-MAG-1**

**Date:** **July 16, 2026**

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Yaneyla Arevalo Arellano ______________________ 408-535-5027 ______________________

U.S. Pretrial Services Officer **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[X] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. ____________________ on ____________________ at ____________________.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge ____________________ Presiding District Court Judge ____________________

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)

A. ____________________

B. ____________________

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ] Other Instructions:

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

Susan van Keulen ______________________ July 16, 2026 ______________________

**JUDICIAL OFFICER** **DATE**
Magistrate Judge Susan van Keulen