**PROPOSED ORDER/COVER SHEET**

**TO:** **Honorable Susan van Keulen**
**U.S. Magistrate Judge**

**RE:** **WALTENBAUGH, Karl**

**FROM:** **Silvio Lugo, Chief**
**U.S. Pretrial Services Officer**

**Docket No.:** **5:26-mj-70682-MAG-1**

**Date:** **July 31, 2026**

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

| Yaneyla Arevalo Arellano | 408-535-5027 |
|---|---|
| U.S. Pretrial Services Officer | **TELEPHONE NUMBER** |

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. 6, 4th Floor on August 6th, 2026 at 1:00 PM.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge ____________________ Presiding District Court Judge ____________________

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

A. ____________________

B. ____________________

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

______________________________________________________________

______________________________________________________________

______________________________________________________________

Susan van Keulen (signature) July 31, 2026
**JUDICIAL OFFICER** **DATE**