**PROPOSED ORDER/COVER SHEET**

| | | | |
|---|---|---|---|
| **TO:** | **Honorable Susan van Keulen**<br>**U.S. Magistrate Judge** | **RE:** | **WALTENBAUGH, Karl** |
| **FROM:** | **Amaryllis Austin, Chief**<br>**U.S. Pretrial Services Officer** | **Docket No.:** | **5:26-mj-70682-MAG-1** |
| **Date:** | **November 24, 2026** | | |

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

| | |
|---|---|
| Yaneyla Arevalo Arellano | 408-535-5027 |
| U.S. Pretrial Services Officer | **TELEPHONE NUMBER** |

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[X] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. ____________________ on ____________________ at ____________________.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge ____________________ Presiding District Court Judge ____________________

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)

A. ____________________

B. ____________________

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ] Other Instructions:

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

Susan van Keulen ____________________ November 24, 2026

**JUDICIAL OFFICER** **DATE**